**Dismissed; Opinion Filed October 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00649-CV

### DAVNA NICOLE POWELL, Appellant
### V.
### ANTHONY PROVOST, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV19-00063**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Nowell

By postcard dated September 25, 2019, we directed appellant to file her brief within ten days and cautioned that failure to do so could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c). To date, appellant has not complied. Accordingly, we dismiss the appeal. *See id.* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

190649F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DAVNA NICOLE POWELL, Appellant

No. 05-19-00649-CV      V.

ANTHONY PROVOST, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. CV19-00063.
Opinion delivered by Justice Nowell,
Justices Myers and Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Anthony Provost recover his costs, if any, of this appeal from appellant Davna Nicole Powell.

Judgment entered this 21st day of October, 2019.